United States Bankruptcy Court
Northern District of Iowa

In re:                                                          Case No. 19-01346-TJC
Susan L. Roman                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-1          User: admin          Page 1 of 2          Date Rcvd: Sep 30, 2019
                             Form ID: 309A         Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db         +Susan L. Roman,   85 Charles Drive,   Iowa City, IA 52245-9237
2259038    +All Star Recruiting Locums, LLC,   c/o Anthony Szydlowski, Esq,   800 Fariway Drive, Ste 300,
             Deerfield Beach, FL 33441-1824
2259040    +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
2259043    +Bryant State Bank,   Attn: Bankruptcy,   Po Box 215,   Bryant, SD 57221-0215
2259045    ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
            (address filed with court: Continental Finance Company,   Attn: Bankruptcy,   Po Box 8099,
             Newark, DE 19714)
2259047    +Diane Holt,   85 Charles Drive,   Iowa City, IA 52245-9237
2259049    +George and Cecelia Roman,   2731 12th Ave SW,   Cedar Rapids, IA 52404-1520
2259050    +Green State Credit Union,   Attn: Bankruptcy,   PO Box 800,   North Liberty, IA 52317-0800
2259053    +Iowa Bankers Mtge Corp,   418 6th Ave,   Des Moines, IA 50309-2407
2259055     Mountain Summit,   635 E Hwy 20 F,   Upper Lake, CA 95485
2259058    ++NBT BANK NA,   52 SOUTH BROAD STREET,   NORWICH NY 13815-1699
            (address filed with court: NBT Bank,   Attn: Bankruptcy,   Po Box 351,   Norwich, NY 13815)
2259059    +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
             Dallas, TX 75266-0360
2259061    +Service Pro of Cedar Rapids,   111 Miller Rd,   Hiawatha, IA 52233-2386
2259063    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   6565 Brady,   Davenport, IA 52806)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: steve@iclawfirm.com Sep 30 2019 22:56:50     Steven G. Klesner,
             373 Scott Ct, Ste B,   PO Box 3400,   Iowa City, IA 52244
tr         +EDI: QSLSCHNITTJER.COM Oct 01 2019 02:58:00     Sheryl Schnittjer,   24695 207th Ave.,
             Delhi, IA 52223-8414
ust         E-mail/Text: ustpregion12.cr.ecf@usdoj.gov Sep 30 2019 22:56:55     United States Trustee,
             United States Federal Courthouse,   111 7th Avenue SE, Box 17,   Cedar Rapids, IA 52401-2103
2259039    +EDI: AMEREXPR.COM Oct 01 2019 02:58:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
             El Paso, TX 79998-1540
2259041     E-mail/Text: djohnston@bhg-inc.com Sep 30 2019 22:56:51     Bankers Healthcare Group, LLC,
             10234 W State Road 84,   Devie, FL 33324
2259042     E-mail/Text: customerservice@brightlending.com Sep 30 2019 22:57:00     Bright Lending,
             PO Box 578,   Hays, MT 59527-0578
2259044    +EDI: WFNNB.COM Oct 01 2019 02:58:00     Comenity Bank/Overstock,   Attn: Bankruptcy,
             Po Box 182125,   Columbus, OH 43218-2125
2259046    +EDI: RCSFNBMARIN.COM Oct 01 2019 02:58:00     Credit One Bank,   Attn: Bankruptcy Department,
             Po Box 98873,   Las Vegas, NV 89193-8873
2259046    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 30 2019 22:59:57     Credit One Bank,
             Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
2259048    +EDI: AMINFOFP.COM Oct 01 2019 02:58:00     First PREMIER Bank,   Attn: Bankruptcy,
             Po Box 5524,   Sioux Falls, SD 57117-5524
2259051    +E-mail/Text: tim_oconner@hillsbank.com Sep 30 2019 22:56:58     Hills Bank and Trust Co,
             131 Main Street,   Hills, IA 52235-7777
2259052     EDI: IRS.COM Oct 01 2019 02:58:00     Internal Revenue Service,   Centralized Insolvency,
             PO Box 21126,   Philadelphia, PA 19114
2259054    +E-mail/Text: IDR.Bankruptcy@ag.iowa.gov Sep 30 2019 22:56:59     Iowa Department of Revenue,
             Office of the Attorney General of Iowa,   1305 E Walnut Street,   Des Moines, IA 50319-0109
2259056    +E-mail/Text: bankruptcy@ldf-holdings.com Sep 30 2019 22:56:57     National Small Loan,
             PO Box 632,   Lac Du Flambeau, WI 54538-0632
2259057    +EDI: NAVIENTFKASMSERV.COM Oct 01 2019 02:58:00     Navient,   Attn: Bankruptcy,   Po Box 9640,
             Wilkes-Barre, PA 18773-9640
2259060    +EDI: AGFINANCE.COM Oct 01 2019 02:58:00     OneMain Financial,   Attn: Bankruptcy,
             601 Nw 2nd St #300,   Evansville, IN 47708-1013
2259145    +EDI: PRA.COM Oct 01 2019 02:58:00     PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
2259180    +EDI: RMSC.COM Oct 01 2019 02:58:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
2259062    +EDI: RMSC.COM Oct 01 2019 02:58:00     Synchrony Bank/Amazon,   Attn: Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
2259064    +EDI: WFFC.COM Oct 01 2019 02:58:00     Wells Fargo Dealer Services,   Attn: Bankruptcy,
             Po Box 19657,   Irvine, CA 92623-9657
2259066    +EDI: WFFC.COM Oct 01 2019 02:58:00     Wells Fargo Financial National Bank,
             Attn: Bankruptcy Dept,   Po Box 51193,   Los Angeles, CA 90051-5493
2259065    +EDI: WFFC.COM Oct 01 2019 02:58:00     Wells Fargo Financial National Bank,   Attn: Bankruptcy,
             Mac F8235-02f Po Box 10438,   Des Moines, IA 50306-0438
                                                                              TOTAL: 22


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0862-1          User: admin              Page 2 of 2             Date Rcvd: Sep 30, 2019
                             Form ID: 309A             Total Noticed: 35

cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Sheryl  Schnittjer   delhisls926@gmail.com,  sschnittjer@ecf.axosfs.com
          Steven G. Klesner   on behalf of Debtor Susan L. Roman steve@iclawfirm.com,
          dawn@iclawfirm.com;r50777@notify.bestcase.com
          United States Trustee   USTPRegion12.CR.ECF@usdoj.gov
                                                                               TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | Susan L. Roman | Social Security number or ITIN:  xxx–xx–9883 | |
| | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ | |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ | |
| | | EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Northern District of Iowa | Date case filed for chapter: | 7    9/27/19 |
| Case number:  19–01346 | | | |

Official Form B309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.** The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**NOTICE IS GIVEN** that during the course of administration, the Chapter 7 trustee may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in this notice. Any party objecting to such action by the trustee shall file such objection with the Clerk of the Bankruptcy Court, serving a copy on the moving party, trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Susan L. Roman | |
| 2. | **All other names used in the last 8 years** | fka Susan L. Roeder | |
| 3. | **Address** | 85 Charles Drive Iowa City, IA 52245 | |
| 4. | **Debtor's attorney** Name and address | Steven G. Klesner 373 Scott Ct, Ste B PO Box 3400 Iowa City, IA 52244 | Phone: 319–338–9852 Email: steve@iclawfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Sheryl Schnittjer 24695 207th Ave. Delhi, IA 52223 | Phone: 319–721–6190 Email: delhisls926@gmail.com |

**For more information, see page 2 >**

Official Form B309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

Debtor(s): **Susan L. Roman**                                                      Case Number: **19-01346  C**

| | | |
|---|---|---|
| **6.**  **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15<br>Cedar Rapids, IA 52401–2101 | Hours open:<br>Monday–Friday, 8:00 am to 4:30 pm CT<br><br>Phone: (319) 286–2200<br>www.ianb.uscourts.gov<br><br>Date: 9/30/19 |

| | | |
|---|---|---|
| **7.**  **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 28, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All **Individual Debtors must** provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Location:<br><br>**U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA** |

| | | |
|---|---|---|
| **8.**  **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |

| | | |
|---|---|---|
| **9.**  **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 12/27/19**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Certification About a Financial Management Course deadline: 12/27/19**<br><br>**Reaffirmation Agreement deadline: 12/27/19** | |

| | |
|---|---|
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | |
|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

| | |
|---|---|
| **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), **individual debtor(s) are required to provide** to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. |

Official Form B309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**