United States Bankruptcy Court
Northern District of Iowa

In re:                                                                           Case No. 19-01346-TJC
Susan L. Roman                                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0862-1          User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2019
                              Form ID: deficbk         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db             +Susan L. Roman,    85 Charles Drive,    Iowa City, IA 52245-9237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
      Sheryl  Schnittjer    delhisls926@gmail.com,  sschnittjer@ecf.axosfs.com
      Steven G. Klesner    on behalf of Debtor Susan L. Roman steve@iclawfirm.com,
       dawn@iclawfirm.com;r50777@notify.bestcase.com
      United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                                                                   TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Susan L. Roman | 19–01346 |
| Debtor(s) |  |

## NOTICE AND ORDER RE: INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that on September 27, 2019, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☒ Schedule A/B | ☒ Schedule D | ☒ Schedule E/F |
| ☒ Schedule G | ☒ Schedule H | ☒ Schedule I (Ind. Debtor Only) |
| ☒ Schedule J (Ind. Debtor Only) | ☐ Schedule J–2 (Ind. Jt. Debtor Only) | ☐ Corporate Ownership Statement |
| ☒ Payment Advices (Debtor) | ☐ Payment Advices (Jt. Debtor) | ☒ Statement of Financial Affairs |
| ☐ Credit Counseling Certificate (Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☒ Declaration About an Individual Debtor's Schedules |
| ☒ Summary of Assets and Liabilities Page 1 | ☒ Summary of Assets and Liabilities Page 2 | ☐ Other: |

***THEREFORE, IT IS HEREBY ORDERED that:***

Debtor or debtors (hereafter "debtor") shall cure the deficient filing(s) as described in the above no later than 14 days from the filing date of the Petition;

NOTICE IS FURTHER GIVEN that on September 27, 2019, a pleading was filed in the above referenced case containing the following deficiency:

- ☒ Form B122A–1  Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation was not filed.
- ☐ Form B122B    Chapter 11 Statement of Your Current Monthly Income was not filed.
- ☐ Form B122C–1  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period was not filed.

***THEREFORE, IT IS FURTHER ORDERED:***

the filing party shall cure the deficient filing(s) as described in the above Notice no later than 14 days from the date of this ORDER;

***IT IS FURTHER ORDERED:***

If the filing party fails to cure described deficiencies within the applicable periods, an order dismissing the case or proceeding may be entered without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

ORDERED September 30, 2019

Thad J. Collins
Bankruptcy Judge