UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: | ) | |
|---|---|---|
| | ) | |
| SUSAN L. ROMAN, | ) | Chapter 13 |
| | ) | |
| | ) | Bankruptcy No. 19-01346 |
| Debtor. | ) | |

**MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES**

COMES NOW the Debtor, by counsel, and for her Motion for Additional Time to File Schedules states:

1. Debtor filed an emergency bankruptcy petition on September 27, 2019. The deadline by which Debtor must file her remaining schedules is October 11, 2019.

2. Due to scheduling conflicts, the undersigned and the Debtor are not able to meet until after the deadline to file the remaining schedules.

3. Debtor needs an additional seven days in order to file her schedules.

WHEREFORE, Debtor respectfully requests an additional seven days in which to file her remaining Schedules with the Court.

Date: October 9, 2019

/s/ Steven G. Klesner
Steven G. Klesner 000013024
Johnston, Stannard, Klesner, Burbidge
& Fitzgerald, P.L.C.
373 Scott Court, Suite B
PO Box 3400
Iowa City, Iowa 52244
(319) 338-9852 Telephone
(319) 354-7265 Facsimile
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court or by envelope addressed to the same at the addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository at Iowa City, Iowa, this 9th day of October, 2019.

                                            /s/ Dawn Krabill

**Service List**

Office of the U.S. Trustee

Carol F. Dunbar