UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN L. ROMAN, | ) | Chapter 13 |
| | ) | |
| | ) | Bankruptcy No. 19-01346 |
| Debtor. | ) | |

**ORDER ON MOTION FOR ADDITIONAL
TIME TO FILE SCHEDULES**

On October 9, 2019, Debtor filed a Motion For Additional Time to File Schedules, which were originally due October 11, 2019. For good cause shown,

IT IS ORDERED that Debtor's Motion For Additional Time to File Schedules is GRANTED. Debtor is given to and including October 18, 2019 within which to file her Schedules or the case will be dismissed without further notice or hearing.

Dated and Entered: October 9, 2019

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Prepared and Submitted by:

Steven G. Klesner  000013024
Johnston, Stannard, Klesner,
Burbidge & Fitzgerald, PLC