UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN L. ROMAN, | ) | Chapter 7 |
| | ) | |
| | ) | Bankruptcy No. 19-01346 |
| Debtor. | ) | |

**ORDER ON SECOND MOTION FOR ADDITIONAL
TIME TO FILE SCHEDULES**

On October 18, 2019, Debtor filed a Second Motion For Additional Time to File Schedules, which were due October 18, 2019. For good cause shown,

IT IS ORDERED that Debtor's Second Motion For Additional Time to File Schedules is GRANTED. Debtor is given to and including October 25, 2019 within which to file her Schedules or the case will be dismissed without further notice or hearing.

Dated and Entered: October 21, 2019

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Prepared and Submitted by:

Steven G. Klesner  000013024
Johnston, Stannard, Klesner,
Burbidge & Fitzgerald, PLC