United States Bankruptcy Court
Northern District of Iowa

In re:  
Susan L. Roman  
    Debtor

Case No. 19-01346-TJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-1     User: admin     Page 1 of 1     Date Rcvd: Oct 21, 2019  
                 Form ID: pdf902     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db         +Susan L. Roman,   85 Charles Drive,   Iowa City, IA 52245-9237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:  
      Sheryl  Schnittjer    delhisls926@gmail.com,  sschnittjer@ecf.axosfs.com  
      Steven G. Klesner    on behalf of Debtor Susan L. Roman steve@iclawfirm.com,  
       dawn@iclawfirm.com;r50777@notify.bestcase.com  
      United States Trustee    USTPRegion12.CR.ECF@usdoj.gov  
                                                                                                    TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SUSAN L. ROMAN, ) | Chapter 7 |
| ) | |
| ) | Bankruptcy No. 19-01346 |
| Debtor. ) | |

## ORDER ON SECOND MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES

On October 18, 2019, Debtor filed a Second Motion For Additional Time to File Schedules, which were due October 18, 2019. For good cause shown,

IT IS ORDERED that Debtor's Second Motion For Additional Time to File Schedules is GRANTED. Debtor is given to and including October 25, 2019 within which to file her Schedules or the case will be dismissed without further notice or hearing.

Dated and Entered: October 21, 2019

THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE

Prepared and Submitted by:

Steven G. Klesner  000013024
Johnston, Stannard, Klesner,
Burbidge & Fitzgerald, PLC