# Paycheck Review

09/01/2019 | Direct Deposit #8211226          **THE UNIVERSITY OF IOWA**

| | | |
|---|---|---|
| The University of Iowa<br>120 USB<br>Iowa City, IA 52242 | ROEDER,SUSAN L<br>Cmed-Internal Medicine<br>BENEFITSX<br>120 USB | Employee ID #: 1073617<br>Job Title: Clinical Associate Professor<br>Pay Group: 1 – Fiscal<br>Pay Begin Date: 08/01/2019<br>Pay End Date: 08/31/2019 |

## EARNINGS

| Description | Earnings |
|---|---|
| Salary-Budgeted | $189.20 |
| Extra Compensation | $45,000.00 |
| Total | $45,189.20 |

## TAX ALLOWANCES

| | Federal | IA State |
|---|---|---|
| W-4 Withholding Status: | Married | Married |
| Allowances: | 0 | 0 |
| Additional Amount: | $600.00 | $0.00 |

## TAXES WITHHELD

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | $11,937.64 | $11,937.64 |
| Fed Medicare | $655.24 | $655.24 |
| Fed Social Sec | $2,801.73 | $2,801.73 |
| IA Withholdng | $2,691.00 | $2,691.00 |
| Total: | $18,085.61 | $18,085.61 |

## BEFORE-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Total | $0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current |
|---|---|
| Total | $0.00 |

## MISC. // EMPLOYER CONTRIBUTION

| Description | Current |
|---|---|
| Total | $0.00 |

## GROSS TAXABLE INCOME

| Description | Current | YTD |
|---|---|---|
| Federal Taxable Gross | $45,189.20 | $45,189.20 |
| State Taxable Gross | $45,189.20 | $45,189.20 |
| Social Security Gross | $45,189.20 | $45,189.20 |
| Medicare Gross | $45,189.20 | $45,189.20 |

## TOTAL NET PAY

Direct Deposit # 8211226          $27,103.59

## NET PAY DISTRIBUTION

| Account Type | Bank Routing # | Acct # (last 4) | Amount |
|---|---|---|---|
| Checking | 073913755 | 1023 | $27,103.59 |

Leave And Earning Statement PDF

| DEPARTMENT OF DEFENSE | | 1. Pay Period End 09/14/19 |
|---|---|---|
| CIVILIAN LEAVE AND EARNINGS STATEMENT VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 09/20/19 |

| 3. Name ROEDER SUSAN L | 4. Pay Plan/Grade/Step AD 15 01 | 5. Hourly/Daily/Rate 50.41 | 6. Basic/OT Rate 0.00 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 104,843.00   196,605.00   301,448.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-9883 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 02/03/19 | 12. Max Leave Carry Over 240 | 13. Leave Year End 01/04/20 |

| 14. Financial Institution - Net Pay HILLS BANK AND TRUST CO | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS:  6,568.13 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | | | | | |
| IA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | | 22. | |
|---|---|---|---|---|---|
| GROSS PAY | 5,797.20 | 169,566.60 | | TSP DATA | 3.0% |
| TAXABLE WAGES | 5,092.41 | 161,338.95 | | | |
| NONTAXABLE WAGES | 530.87 | 3,749.39 | | | |
| TAX DEFERRED WAGES | 173.92 | 4,478.26 | | | |
| DEDUCTIONS | 2,440.29 | 78,262.00 | | | |
| AEIC | | 0.00 | | | |
| NET PAY | 3,356.91 | 91,304.60 | | | |

| CURRENT EARNINGS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| REGULAR PAY | 40.00 | 2,016.40 | MARKET PAY | 0.00 | 3,780.80 | | | |

| DEDUCTIONS | | | | | | | |
|---|---|---|---|---|---|---|---|
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| FEGLI | K0 | 22.95 | 649.95 | FEGLI OPTNL | B | 132.88 | 2,372.72 |
| FEHB | 105 | 530.87 | 3,749.39 | MEDICARE | | 76.36 | 2,404.35 |
| OASDI | | 0.00 | 8,239.80 | RETIRE, FERS | KF | 255.08 | 6,568.13 |
| TAX, FEDERAL | | 963.04 | 40,570.58 | TAX, STATE | IA | 285.19 | 9,228.82 |
| TSP SAVINGS | | 173.92 | 4,478.26 | | | | |

| LEAVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| ANNUAL | 0.00 | 4.00 | 100.00 | 0.00 | 32.00 | 0.00 | 68.00 | |
| SICK | 0.00 | 2.00 | 54.00 | 0.00 | 0.00 | 0.00 | 54.00 | |

| BENEFITS PAID BY GOVERNMENT FOR YOU | | | | | |
|---|---|---|---|---|---|
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| FEGLI | 11.48 | 324.98 | FEHB | 262.66 | 6,566.50 |
| MEDICARE | 76.36 | 2,404.35 | OASDI | 0.00 | 8,239.80 |
| RETIRE, FERS | 689.87 | 17,763.91 | TSP BASIC | 57.97 | 1,492.74 |
| TSP MATCHING | 173.92 | 4,478.26 | | | |

| REMARKS |
|---|
| PART TIME CARRYOVER SICK LEAVE 8.00.<br>YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.<br>PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW<br>CELEBRATE CONSTITUTION DAY ON SEPTEMBER 17 AND ALL YEAR!<br>VISIT HTTPS://CONSTITUTIONDAY.CPMS.OSD.MIL<br>BASIC PAY CHANGED.<br>PRETAX FEHB EXCLUSION $ 530.87<br>ALLOWANCE/DIFFERENTIAL/PREMIUM INCENTIVE PAY CHANGED.<br>LEAVE BALANCE CONVERTED.<br>LEAVE ACCRUAL RATE CHANGED.<br>YOUR LEAVE CEILING HAS CHANGED. |

Leave And Earning Statement PDF

| | | 1. Pay Period End 08/31/19 |
|---|---|---|
| DEPARTMENT OF DEFENSE CIVILIAN LEAVE AND EARNINGS STATEMENT VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | 2. Pay Date 09/06/19 |

| 3. Name ROEDER SUSAN L | 4. Pay Plan/Grade/Step AD   15   01 | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay  104843.00    196605.00    301448.00 |
|---|---|---|---|---|

| 8. Soc Sec No ***-**-9883 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 02/03/19 | 12. Max Leave Carry Over 86 | 13. Leave Year End 01/04/20 |
|---|---|---|---|---|---|

| 14. Financial Institution - Net Pay HILLS BANK AND TRUST CO | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|

| 17. Tax Marital Status / Exemptions / Add'l FED  S   0   0 IA   S   0   0 | 18. Tax Marital Status  Exemptions  Add'l Taxing Authority | 19. Cumulative Retirement FERS:  6313.05 | 20. Military Deposit |
|---|---|---|---|

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 11594.10 | 163769.40 | |
| TAXABLE WAGES | 10978.07 | 156246.54 | |
| NONTAXABLE WAGES | 268.21 | 3218.52 | TSP DATA    3% |
| TAX DEFERRED WAGES | 347.82 | 4304.34 | |
| DEDUCTIONS | 5066.21 | 75821.71 | |
| AEIC | | | |
| NET PAY | 6527.89 | 87947.69 | |

**CURRENT EARNINGS**

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 14.00 | 4032.42 | MARKET PAY | | 7561.68 | | | |

**DEDUCTIONS**

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | K0 | 45.60 | 627.00 | FEGLI OPTNL | B | 265.76 | 2239.84 |
| FEHB | 105 | 268.21 | 3218.52 | MEDICARE | | 164.23 | 2327.99 |
| OASDI | | | 8239.80 | RETIRE, FERS | KF | 510.14 | 6313.05 |
| TAX, FEDERAL | | 2837.07 | 39607.54 | TAX, STATE | IA | 627.38 | 8943.63 |
| TSP SAVINGS | | 347.82 | 4304.34 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 1.00 | 12.00 | | 4.00 | | 8.00 | |
| SICK | | 1.00 | 7.00 | | | | 7.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 22.80 | 313.50 | FEHB | 525.32 | 6303.84 |
| MEDICARE | 164.23 | 2327.99 | OASDI | | 8239.80 |
| RETIRE, FERS | 1379.70 | 17074.04 | TSP BASIC | 115.94 | 1434.77 |
| TSP MATCHING | 347.82 | 4304.34 | | | |

### REMARKS

PART TIME CARRYOVER SICK LEAVE    1.00.

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.

PRETAX FEHB EXCLUSION $   268.21

DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | | |
|---|---|---|---|
| | | | 1. Pay Period End 08/17/19 |
| | | | 2. Pay Date 08/23/19 |

| 3. Name ROEDER SUSAN L | 4. Pay Plan/Grade/Step AD 15 01 | 5. Hourly/Daily Rate 0.00 | 6. Basic OT Rate 0.00 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 104843.00  196605.00  301448.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-9883 | 9. Locality % 0.00 | 10. FLSA Category E | 11. SCD Leave 02/03/19 | 12. Max Leave Carry Over 86 | 13. Leave Year End 01/04/20 |

| 14. Financial Institution - Net Pay HILLS BANK AND TRUST CO | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS: 5802.91 | |
| IA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. TSP DATA 3% |
|---|---|---|---|
| GROSS PAY | 11594.10 | 152175.30 | |
| TAXABLE WAGES | 10978.07 | 145268.47 | |
| NONTAXABLE WAGES | 268.21 | 2950.31 | |
| TAX DEFERRED WAGES | 347.82 | 3956.52 | |
| DEDUCTIONS | 5066.20 | 70755.50 | |
| AEIC | | | |
| NET PAY | 6527.90 | 81419.80 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 14.00 | 4032.42 | MARKET PAY | | 7561.68 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | K0 | 45.60 | 581.40 | FEGLI OPTNL | B | 265.76 | 1974.08 |
| FEHB | 105 | 268.21 | 2950.31 | MEDICARE | | 164.22 | 2163.76 |
| OASDI | | | 8239.80 | RETIRE, FERS | KF | 510.14 | 5802.91 |
| TAX, FEDERAL | | 2837.07 | 36770.47 | TAX, STATE | IA | 627.38 | 8316.25 |
| TSP SAVINGS | | 347.82 | 3956.52 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 1.00 | 11.00 | | 4.00 | | 7.00 | |
| SICK | 1.00 | | 6.00 | | | | 6.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 22.80 | 290.70 | FEHB | 525.32 | 5778.52 |
| MEDICARE | 164.22 | 2163.76 | OASDI | 0.00 | 8239.80 |
| RETIRE, FERS | 1379.70 | 15694.34 | TSP BASIC | 115.94 | 1318.83 |
| TSP MATCHING | 347.82 | 3956.52 | | | |

## REMARKS

PART TIME CARRYOVER SICK LEAVE   1.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   268.21

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| | | 08/03/19 |
| | | 2. Pay Date 08/09/19 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| ROEDER SUSAN L | AD  15  01 | 0.00 | 0.00 | 104843.00   196605.00   301448.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9883 | 0.00 | E | 02/03/19 | 86 | 01/04/20 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| HILLS BANK AND TRUST CO | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:  5292.77 | |
| IA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 11594.10 | 140581.20 | TSP DATA | | 3% |
| TAXABLE WAGES | 10978.07 | 134290.40 | | | |
| NONTAXABLE WAGES | 268.21 | 2682.10 | | | |
| TAX DEFERRED WAGES | 347.82 | 3608.70 | | | |
| DEDUCTIONS | 5458.47 | 65689.30 | | | |
| AEIC | | | | | |
| NET PAY | 6135.63 | 74891.90 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 14.00 | 4032.42 | MARKET PAY | | 7561.68 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | K0 | 45.60 | 535.80 | FEGLI OPTNL | B | 265.76 | 1708.32 |
| FEHB | 105 | 268.21 | 2682.10 | MEDICARE | | 164.23 | 1999.54 |
| OASDI | | 392.26 | 8239.80 | RETIRE, FERS | KF | 510.14 | 5292.77 |
| TAX, FEDERAL | | 2837.07 | 33933.40 | TAX, STATE | IA | 627.38 | 7688.87 |
| TSP SAVINGS | | 347.82 | 3608.70 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | | 1.00 | 10.00 | | 4.00 | | 6.00 | |
| SICK | | 1.00 | 6.00 | | | | 6.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 22.80 | 267.90 | FEHB | 525.32 | 5253.20 |
| MEDICARE | 164.23 | 1999.54 | OASDI | 392.26 | 8239.80 |
| RETIRE, FERS | 1379.70 | 14314.64 | TSP BASIC | 115.94 | 1202.89 |
| TSP MATCHING | 347.82 | 3608.70 | | | |

### REMARKS

PART TIME CARRYOVER SICK LEAVE     1.00.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   268.21

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED