# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Susan L. Roman | 19–01346 |
| Debtor(s) |  |

## ORDER Continuing Meeting of Creditors

TO:
Susan L. Roman, Debtor(s);
Steven G. Klesner, Attorney for Debtor(s)
Sheryl Schnittjer, Trustee
U.S. Trustee;

IT IS HEREBY ORDERED that a Continued §341 Meeting of Creditors will be held on:

*November 18, 2019 at 12:45 PM*
*At: U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA*

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

IT IS FURTHER ORDERED that the Attorney for Debtor is directed to immediately serve a copy of this order on the appropriate parties and to file proof of said service with the Clerk's office.

ORDERED October 30, 2019

Thad J. Collins
Bankruptcy Judge