Certificate Number: 06531-IAN-DE-033683266

Bankruptcy Case Number: 19-01346



06531-IAN-DE-033683266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 11, 2019</u>, at <u>4:09</u> o'clock <u>PM CST</u>, <u>Susan L Roeder</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Iowa</u>.

Date:   <u>November 11, 2019</u>          By:   <u>/s/Laura Stevens for Deyanira Reyes</u>

Name:  <u>Deyanira Reyes</u>

Title:   <u>Counselor</u>